**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

ABEL J. DEDEAUX                                                                                         PLAINTIFF

v.                                                                                                      NO. 4:10CV34-P-S

DENNIS GREGORY, ET AL.                                                                                 DEFENDANTS

**FINAL JUDGMENT**

The court has considered the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated June 30, 2010, the July 12, 2010, objections to the Report and Recommendation, and the plaintiff's September 14, 2010, amended complaint. The claims in the plaintiff's amended complaint (filed after the Magistrate Judge's Report and Recommendation) also fail to state a constitutional claim. The plaintiff has received adequate medical treatment for his foot condition. The court therefore holds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated June 30, 2010, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the present case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

3. That this case is **CLOSED.**

THIS, the 12th day of November, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE